# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

COMMONSPIRIT HEALTH, d/b/a
CHI St. Vincent                                                  PLAINTIFF

v.                              No. 4:25-cv-722-DPM

ANTHEM HEALTH PLANS OF
VIRGINIA, INC., d/b/a Blue Cross
and Blue Shield of Virginia and
DOES, 1–25, Inclusive                              DEFENDANTS

COMMONSPIRIT HEALTH, d/b/a
CHI St. Vincent                                                  PLAINTIFF

v.                              No. 4:25-cv-723-DPM

BLUE CROSS OF CALIFORNIA;
ANTHEM BLUE CROSS LIFE AND
HEALTH INSURANCE COMPANY;
and DOES, 1–25                                       DEFENDANTS

COMMONSPIRIT HEALTH, d/b/a
CHI St. Vincent                                                  PLAINTIFF

v.                              No. 4:25-cv-724-DPM

BLUECROSS BLUE SHIELD OF
TENNESSEE, INC., and DOES 1–25,
Inclusive                                               DEFENDANTS

**COMMONSPIRIT HEALTH, d/b/a**
**CHI St. Vincent**                                                                 **PLAINTIFF**

**v.**                              **No. 4:25-cv-998-DPM**

**BLUE CROSS AND BLUE SHIELD OF**
**ALABAMA and DOES, 1 through 25,**
**Inclusive**                                                                       **DEFENDANTS**

**COMMONSPIRIT HEALTH, d/b/a**
**CHI St. Vincent**                                                                 **PLAINTIFF**

**v.**                              **No. 4:25-cv-1049-DPM**

**LOUISIANA HEALTH SERVICE AND**
**INDEMNITY COMPANY, d/b/a Blue**
**Cross and Blue Shield of Louisiana and**
**DOES, 1–25, Inclusive**                                                           **DEFENDANTS**

**COMMONSPIRIT HEALTH, d/b/a**
**CHI St. Vincent**                                                                 **PLAINTIFF**

**v.**                              **No. 4:25-cv-1153-DPM**

**BLUE CROSS BLUE SHEILD**
**HEALTHCARE PLAN OF GEORGIA,**
**INC., d/b/a Anthem Blue Cross and Blue**
**Shield and DOES, 1–25, Inclusive**                                                **DEFENDANTS**

## ORDER

Pursuant to General Order 54, the Court authorizes **Lauren Miller, Scott Williams, Elizabeth Heredia, Jonathan Herman, and Joseph Falasco** to bring a cell phone, laptop computer, or personal digital assistant into the Richard Sheppard Arnold United States Courthouse in Little Rock on 15 July 2026 for a hearing in this case.

The following rules apply to this access:

- The devices mentioned may not be used to record, photograph, or film anyone or anything inside the courthouse.

- Cell phones and PDAs must be turned off and put away when in the courtroom.

- Wireless internet components of all electronic devices must be deactivated when in the courtroom.

- Only counsel, and support staff at counsel table, may use laptops in the courtroom.

- Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to, placing the device through the electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

- The United States Marshals Service may further restrict

electronic devices from entering the building if a threat so requires.

A violation of these rules may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions.  A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

So Ordered.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

15 July 2026